UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ADM TRUCKING, INC.,<br><br>     Plaintiff,<br>vs.<br><br>DHILLON BROS TRUCKING, INC.<br>and<br>MOHAMMAD SHARIF DHILLON,<br><br>     Defendants,<br><br>v.<br><br>PAMELA BRENNAN, Special Administrator of the Estate of ROSE FRIDRICH, Deceased,<br><br>     Third-Party Defendant. | Case No. 16-CV-1344 |

## NOTICE OF SETTLEMENT

COME NOW the parties to this lawsuit and provide notice that the parties have settled all causes of action, claims, and demands of whatsoever kind on account of all losses and damages connected with this case.

The parties are working to complete settlement documentation and releases. The parties anticipate completing all settlement documents and exchanging settlement funds within 30 days.

Respectfully Submitted,

1

| | |
|---|---|
| TONKIN & MONDL, L.C.,<br>Richard D. McNelley, #IL6298561<br><br>/s/ Richard D. McNelley<br>701 Market St., Suite 260<br>St. Louis, Missouri 63101<br>Tel:  (314) 231-2794<br>Fax:  (314) 231-1481<br>rmcnelley@tonkinmondl.com<br>**ATTORNEYS FOR ADM TRUCKING** | Gausnell, O'Keefe & Thomas, LLC,<br>Donald L. O'Keefe #IL6208898<br><br>/s/ Donald L. O' Keefe (by permission)<br>701 Market St., Suite 200<br>St. Louis, MO 63101<br>Phone: (314) 257-9800<br>Direct: (314) 257-9813<br>Fax: (314) 257-9801<br>dokeefe@gotlawstl.com<br>**ATTORNEYS FOR DHILLON BROS TRUCKING** |

ERICKSON, DAVIS, MURPHY,
JOHNSON &WALSH, LTD.
Jack Kiley #IL6291696

/s/ Jack Kiley (by permission)
132 S. Water, Suite 610
Decatur, IL 62523
Tel: 217-428-0948
jkiley@law225.com
karen@law225.com
**ATTORNEYS FOR LEANNA HAAS**

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that on January 16, 2019, a copy of the foregoing was served via the Court's electronic filing system on all counsel of record.

                                                               /s/ Richard D. McNelley