UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ADM TRUCKING, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No.: 3:16-cv-01344-RJD |
| ) | |
| DHILLON BROS. TRUCKING, INC. and ) | |
| MOHAMMAD SHARIF DHILLON, ) | |
| ) | |
| Defendants/Third-Party Plaintiffs, ) | |
| ) | |
| vs. ) | |
| ) | |
| PAMELA BRENNAN, Special Administrator ) | |
| of the Estate of Rose Fridrich, Deceased, and ) | |
| LEANNA HAAS, ) | |
| ) | |
| Third-Party Defendants. ) | |

## *DEFENDANTS MOHAMMAD SHARIF DHILLON AND DHILLON BROS. TRUCKING, INC.'S MOTION FOR FINDING OF GOOD FAITH SETTLEMENT*

COME NOW, defendants, Mohammad Sharif Dhillon and Dhillon Bros. Trucking, Inc., by and through their undersigned counsel, and for their Motion for Finding of Good Faith Settlement pursuant to the Illinois Joint Tortfeasor Contribution Act, 740 ILCS 100/0.01 *et seq* (the "Act"), state as follows:

1. On or about December 14, 2016, plaintiff ADM Trucking, Inc., filed this lawsuit against defendants Mohammad Sharif Dhillon and Dhillon Bros. Trucking, Inc., among others, seeking property damage and loss of use allegedly sustained as a result of a November 17, 2015 motor vehicle accident in Madison County, Illinois.

2. On or about February 13, 2017, defendants Mohammad Sharif Dhillon and Dhillon Bros. Trucking, Inc. filed their Answers to Plaintiff's Complaint in which they denied all material allegations against them.

3. Defendants Mohammad Sharif Dhillon and Dhillon Bros. Trucking, Inc. subsequently reached an agreement with plaintiff ADM Trucking, Inc. to settle all claims against Mohammad Sharif Dhillon and Dhillon Bros. Trucking, Inc. arising out of the November 17, 2015 motor vehicle accident (the "Settlement").

4. Pursuant to the Settlement, defendants Mohammad Sharif Dhillon and Dhillon Bros. Trucking, Inc. have agreed to pay plaintiff $10,000.00 in full and final settlement of all claims by plaintiff ADM Trucking, Inc. against Mohammad Sharif Dhillon and Dhillon Bros. Trucking, Inc.

5. This settlement with plaintiff ADM Trucking, Inc. was entered into in good faith after extensive negotiations with the full knowledge of Mohammad Sharif Dhillon and Dhillon Bros. Trucking, Inc. and plaintiff ADM Trucking, Inc.

6. This settlement is contingent on this Court finding the settlement to be in good faith under the Act and entering an order of dismissal, dismissing this case with prejudice and without costs as to Mohammad Sharif Dhillon and Dhillon Bros. Trucking, Inc. Accordingly, in the instant motion, Mohammad Sharif Dhillon and Dhillon Bros. Trucking, Inc. seek an order finding the settlement to be in good faith under the Act and extinguishing any potential claims and crossclaims against Mohammad Sharif Dhillon and Dhillon Bros. Trucking, Inc. arising out of plaintiff's allegations.

7. Whether a settlement satisfies the good faith requirement as contemplated by the Act is a matter left to the discretion of the trial court based upon the court's consideration

of the totality of the circumstances. *Johnson v. United Airlines*, 203 Ill. 2d 121, 135 (Ill. 2003). A settlement is presumed to be valid and in good faith if the settling defendant shows that the settlement was supported by consideration. 740 ILCS 100/2(c) and (d); *Wreglesworth v. Artco*, 317 Ill. App. 3d 628, 633 (1st Dist. 2000).

8. Under Illinois law, a defendant's liability to another defendant for contribution under the Act requires that the defendants be jointly liable, in tort, to the plaintiff. *Guerino v. Depot Place Partnership*, 191 Ill.2d 314 (Ill. 2000) (contribution is not available where there is no tort liability). Where a defendant settles directly with the plaintiff and obtains a good faith finding, its liability to the plaintiff is extinguished and thereby extinguishes the defendant's potential liability to the other defendants. *Id*.

9. This motion is sought in order to effectuate the settlement. Mohammad Sharif Dhillon and Dhillon Bros. Trucking, Inc. continue to deny all liability to plaintiff ADM Trucking, Inc. in this case. The settlement is based solely on the cost to defend this litigation. Mohammad Sharif Dhillon and Dhillon Bros. Trucking, Inc. have no relationship whatsoever with plaintiff ADM Trucking, Inc. and the settlement was reached solely to extinguish the cost of defending this case.

10. Mohammad Sharif Dhillon and Dhillon Bros. Trucking, Inc. have disclosed all of the terms of their obligation to plaintiff ADM Trucking, Inc. under the settlement in this motion.

WHEREFORE, defendants Mohammad Sharif Dhillon and Dhillon Bros. Trucking, Inc. pray that the Court enter an Order finding that the settlement agreement by and between defendants Mohammad Sharif Dhillon and Dhillon Bros. Trucking, Inc. and plaintiff ADM Trucking, Inc. constitutes a good faith settlement pursuant to 740 ILCS 100/.01 and that all causes of action

premised upon contribution, negligence, intentional tort, or otherwise against Mohammad Sharif Dhillon and Dhillon Bros. Trucking, Inc., arising from the accident, whether now pending or which may be filed in the future, are dismissed with prejudice and are extinguished.

/s/Donald L. O'Keefe
Donald L. O'Keefe #6208898
Attorney for Defendant
GAUSNELL, O'KEEFE & THOMAS, LLC
701 Market Street, Suite 200
St. Louis, Missouri 63101
(314) 257-9800
(314) 257-9801 (Fax)
E: dokeefe@gotlawstl.com

I, the undersigned, certify that copy of the foregoing has been electronically served on all counsel of record via the Court's CM/ECF system, or U.S. mail for parties not registered with CM/ECF, on this 28th day of January, 2019:

Mr. Richard D. McNelley
Tonkin & Mondl, L.C.
701 Market Street, Suite 260
St. Louis, Missouri 63101
*Attorney for Plaintiff*

Mr. Michael L. Wagner
Clayborne, Sabo & Wagner LLP
525 West Main Street, Suite 105
Belleville, Illinois 62220
*Attorney for Third-Party Defendant Brennan*

Mr. Jack Kiley
Erickson, Davis, Murphy, Johnson &
   Walsh, Ltd.
132 South Water, Suite 610
Decatur, Illinois 62523
*Attorney for Third-Party Defendant Haas*

/s/Donald L. O'Keefe