IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| ADM TRUCKING, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No.: 3:16-cv-1344-RJD |
| | ) | |
| DHILLON BROS. TRUCKING, INC. and | ) | |
| MOHAMMAD SHARIF DHILLON, | ) | |
| | ) | |
| Defendants/Third-Party Plaintiffs, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| PAMELA BRENNAN, Special Administrator | ) | |
| of the Estate of Rose Fridrich, Deceased, and | ) | |
| LEANNA HAAS, | ) | |
| | ) | |
| Third-Party Defendants. | ) | |

**ORDER**

**DALY, Magistrate Judge:**

This matter comes before the Court on the Motion for Finding Good Faith Settlement filed by Defendants Mohammad Sharif Dhillon and Dhillon Bros. Trucking, Inc. (Doc. 69).  The Court has considered the motion and **GRANTS** the same.  The Court finds that the settlement agreement entered into between Plaintiff ADM Trucking, Inc. and Defendants Mohammad Sharif Dhillon and Dhillon Bros. Trucking, Inc. was entered into in good faith pursuant to 740 ILCS 100/.01 and that any contribution, negligence, intentional tort, or other claims arising from the November 17, 2015 motor vehicle accident, whether now pending or which may be filed in the future, against Mohammad Sharif Dhillon and Dhillon Bros. Trucking, Inc. in this action, are hereby dismissed with prejudice and are hereby extinguished without costs to Mohammad Sharif Dhillon and Dhillon Bros. Trucking, Inc.

**IT IS SO ORDERED.**

**DATED: February 21, 2019**

_s/ Reona J. Daly_

**Hon. Reona J. Daly**
**United States Magistrate Judge**